Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHERYL BISHOP,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRICK GARLAND, ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    Defendant. | No. 2:20-CV-01375 RSM<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE FOR THE PURPOSE OF TAKING DEPOSITIONS |

NOW COME Plaintiff Cheryl Bishop and Defendant Merrick Garland, Attorney General, by and through their respective counsel and jointly request that the Court modify the discovery deadline from November 29, 2021, to December 15, 2021, for the limited purpose of Plaintiff's depositions of (1) Defendants' Rule 30(b)(6) designee and (2) ATF employee Tehran Palmer.

The parties are cooperating in discovery and believe that the adjustments are necessary for the orderly development of the case, and the requested adjustment to the case schedule will not impact other deadlines and will not affect the trial date.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

MacDONALD HOAGUE & BAYLESS        NICHOLAS W. BROWN
                                  United States Attorney

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE
FOR THE PURPOSE OF TAKING DEPOSITIONS - 1

No. 2:20-CV-01375 RSM
11256.02 ok110302

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

DATED: November 12, 2021  DATED: November 12, 2021

_s/ Jesse Wing_
Jesse Wing, WSBA #27751
McDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Phone: 206-622-1604
Email: JesseW@MHB.com
*Attorney for Plaintiff*

_s/ Randy J. Tanner_
Mark Steger Smith, #4160
Randy J. Tanner, #11609
Special Assistant U. S. Attorneys
U.S. Attorney's Office
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 329-4268
Email: mark.smith3@usdoj.gov
randy.tanner@usdoj.gov
*Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED that

1. Discovery Deadline is extended to December 15, 2021, for the limited purpose of Plaintiff's depositions of (1) Defendants' Rule 30(b)(6) designee and (2) ATF employee Tehran Palmer.

DATED this 15th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE
FOR THE PURPOSE OF TAKING DEPOSITIONS - 2

No. 2:20-CV-01375 RSM
11256.02 ok110302

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed the above-entitled document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

NICHOLAS W. BROWN
United States Attorney

Mark Smith, mark.smith3@usdog.gov
Randy Tanner, randy.tanner@usdoj.gov
Assistant U.S. Attorneys

DATED this 12th day of November, 2021, at Seattle, Washington.

                                                                    *s/ Marry Marze*
                                        Marry Marze, Legal Assistant

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE
FOR THE PURPOSE OF TAKING DEPOSITIONS - 3

No. 2:20-CV-01375 RSM
11256.02 ok110302

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961