Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHERYL BISHOP,<br><br>    Plaintiff,<br><br>  v.<br><br>MERRICK GARLAND, ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    Defendant. | No. 2:20-CV-01375 RSM<br><br>STIPULATION AND ORDER TO MODIFY DISPOSITIVE MOTION BRIEFING SCHEDULE |

  NOW COME Plaintiff Cheryl Bishop and Defendant Merrick Garland, Attorney General, by and through their respective counsel and jointly request that the Court modify the dispositive motion briefing schedule by approximately one (1) week in light of the anticipated completion of all depositions on December 15, 2021 (Dkt. No. 16), the holiday season, federally recognized holidays in December and January, and the schedules of counsel.

  The current dispositive motion deadline is set for December 28, 2021. (Dkt No. 12). The parties stipulate as follows: (1) that any dispositive motion shall be filed on or before January 4, 2022; (2) that any dispositive motion shall be noted for January 28, 2022; (3) that any response in opposition to the dispositive motion shall be filed on or before January 21, 2022; and (4) that any reply brief in support of the dispositive motion shall be filed on or before January 28, 2022.

  The joint request to modify the Scheduling Order does not impact any other deadlines, and it will not affect the trial date.

STIPULATION AND ORDER TO MODIFY DISPOSITIVE MOTION
BRIEFING SCHEDULE - 1

No. 2:20-CV-01375 RSM

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

***DRAFT***   11256.02 Pleadings - ECF ol152403 12/20/21 1:39 PM (LW) Page 1   ***DRAFT***

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| MacDONALD HOAGUE & BAYLESS | NICHOLAS W. BROWN<br>United States Attorney |
|---|---|
| DATED: December 15, 2021 | DATED: December 15, 2021 |
| _s/ Jesse Wing_<br>Jesse Wing, WSBA #27751<br>McDonald Hoague & Bayless<br>705 Second Avenue, Suite 1500<br>Seattle, Washington 98104<br>Phone: 206-622-1604<br>Email: JesseW@MHB.com<br>*Attorney for Plaintiff* | _s/ Mark S. Smith_<br>Mark Steger Smith, #4160<br>Randy J. Tanner, #11609<br>Special Assistant U. S. Attorneys<br>U.S. Attorney's Office<br>105 E. Pine, 2nd Floor<br>Missoula, MT 59802<br>Phone: (406) 329-4268<br>Email: mark.smith3@usdoj.gov<br>randy.tanner@usdoj.gov<br>*Attorneys for Defendant* |

PURSUANT TO STIPULATION, IT IS SO ORDERED that

1. The dispositive motion briefing schedule shall be the following: (1) any dispositive motion shall be filed on or before January 4, 2022; (2) any dispositive motion shall be noted for January 28, 2022; (3) any response in opposition to the dispositive motion shall be filed on or before January 21, 2022; and (4) any reply brief in support of the dispositive motion shall be filed on or before January 28, 2022.

DATED this 20th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO MODIFY DISPOSITIVE MOTION
BRIEFING SCHEDULE - 2

No. 2:20-CV-01375 RSM

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

***DRAFT***   11256.02 Pleadings - ECF ol152403 12/20/21 1:39 PM (LW) Page 2   ***DRAFT***

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed the above-entitled document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

NICHOLAS W. BROWN
United States Attorney

Mark Smith, mark.smith3@usdog.gov
Randy Tanner, randy.tanner@usdoj.gov
Assistant U.S. Attorneys

DATED this 15th day of December, 2021, at Seattle, Washington.

                                             *s/ Edward Horejs*
                                      Edward Horejs, Legal Assistant

STIPULATION AND ORDER TO MODIFY DISPOSITIVE MOTION
BRIEFING SCHEDULE - 3

No. 2:20-CV-01375 RSM

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

***DRAFT***   11256.02 Pleadings - ECF ol152403 12/20/21 1:39 PM (LW) Page 3   ***DRAFT***